[No. 19585–9–I.   Division One.   April 11, 1988.]

WILLIAM GOBER, *Appellant*, v. UNITED PARCEL SERVICE, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 84–2–00122–7, Harry A. Follman, J., entered November 5, 1986. *Affirmed* by unpublished opinion per

Williams, J. Pro Tem., concurred in by Grosse and Webster, JJ.